**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Thomas W. Curtis,

Plaintiff(s),

v.

Sgt. Timothy Reddit, et al.,

Defendant(s).

Case No. 2:26-cv-00788-GMN-NJK

**Order**

[Docket No. 22]

Pending before the Court is Plaintiff's filing that appears to be a settlement demand. Docket No. 22. Plaintiff is advised that settlement discussions generally take place between the parties and attorneys, and do not involve the Court. Moreover, settlement discussions are generally confidential. Accordingly, the Court **STRIKES** Plaintiff's filing.

IT IS SO ORDERED.

Dated: November 18, 2026

Nancy J. Koppe
United States Magistrate Judge